AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT

for the

Middle District of Florida

United States of America
v.
JEFFREY STEPHEN HECK, JR.

*Defendant(s)*

Case No. 6:20-mj-1799

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of January 22, 2020 in the county of Brevard in the Middle District of Florida, the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| 18 USC 2252A(a)(2) | Distribution of child pornography |

This criminal complaint is based on these facts:

See attached affidavit.

☑ Continued on the attached sheet.

[signature]
*Complainant's signature*

Kevin Kaufman, Special Agent
*Printed name and title*

Sworn to before me via video teleconference and signed by me pursuant to Fed.R.Crim. P. 4.1 and 4(d).

Date: November 2, 2020

[signature]
*Judge's signature*

City and state: Orlando, Florida

THOMAS B. SMITH, U.S. Magistrate Judge
*Printed name and title*

**STATE OF FLORIDA** **CASE NO. 6:20-mj- 1799**

**COUNTY OF BREVARD**

**AFFIDAVIT**

I, Kevin Kaufman, being first duly sworn, hereby depose and state as follows:

**INTRODUCTION AND AGENT BACKGROUND**

1. I make this affidavit in support of an application under Rule 41 of the Federal Rules of Criminal Procedure for a search warrant authorizing the examination of property—an electronic device—which is currently in law enforcement possession, and the extraction from that property of electronically stored information described in Attachment B.

2. I am a Special Agent with the Federal Bureau of Investigation and have been since 2004. I have been employed as a Special Agent with the Federal Bureau of Investigation (FBI) for approximately 16 years. I am currently assigned to the Tampa Division Orlando Resident Agency of the FBI. I have been investigating crimes against children since 2016.

3. I have received specialized training in the investigations of sex crimes, child exploitation, child pornography, and computer crimes. I have been involved in investigations involving child pornography and online solicitation/enticement of a minor. I have participated in investigations of persons suspected of violating federal child pornography laws, including 18

U.S.C. §§ 2251(a) and (e), 2252, and 2252A.  I have also participated in various training courses for the investigation and enforcement of federal child pornography laws in which computers and cellular phones are used as the means for receiving, transmitting, and storing child pornography. Additionally, I have participated in the execution of search warrants involving searches and seizures of computers, computer equipment, software, and electronically stored information.

      4.     This affidavit is submitted in support of a criminal complaint against JEFFREY STEPHEN HECK, JR. (HECK) for a violation of 18 U.S.C. § 2252A(a)(2).  I believe there is probable cause that on or about January 22, 2020, HECK knowingly distributed child pornography using a means and facility of interstate commerce, that is, the Internet.

      5.     I make this affidavit from personal knowledge based on my participation in this investigation, information from other criminal investigators, information from other law enforcement officers, information from agency reports, and my review of documents provided to me by these witnesses and law enforcement officers.  Because this affidavit is being submitted for the limited purpose of establishing probable cause for the issuance of a criminal complaint, I have not set forth each and every fact learned during the course of this investigation.

## STATUTORY AUTHORITY

6. It is a violation of 18 U.S.C. § 2252A(a)(2) to knowingly distribute child pornography using any means or facility of interstate commerce.

## DEFINITIONS

7. The following definitions apply to this Affidavit:

a. "Child Pornography," as used herein, includes the definition in 18 U.S.C. § 2256(8), which defines child pornography as any visual depiction of sexually explicit conduct where (a) the production of the visual depiction involved the use of a minor engaged in sexually explicit conduct, (b) the visual depiction is a digital image, computer image, or computer-generated image that is, or is indistinguishable from, that of a minor engaged in sexually explicit conduct, or (c) the visual depiction has been created, adapted, or modified to appear that an identifiable minor is engaged in sexually explicit conduct. *See* 18 U.S.C. §§ 2252 and 2256(2).

b. "Sexually explicit conduct" means actual or simulated (a) sexual intercourse, including genital-genital, oral-genital, anal-genital, or oral-anal, whether between persons of the same or opposite sex; (b) bestiality; (c) masturbation; (d) sadistic or masochistic abuse; or (e) lascivious exhibition of the genitals or pubic area of any person. *See* 18 U.S.C. § 2256(2).

**DETAILS OF THE INVESTIGATION**

8. On June 18, 2020, the FBI, Tampa Division, Orlando Resident Agency received a lead from the FBI Milwaukee Division. Currently, the Milwaukee Division, in collaboration with the Winnebago County Sheriff's Office, is investigating numerous groups of individuals engaged in the receipt, possession, distribution and possible production of child sexual abuse material. To date, this operation has identified more than 1,100 unique KiK profiles that are either actively distributing child pornography or committing hands-on sexual assaults of children. Many of these KiK profiles have been linked to identify individuals located both domestically and internationally.

9. A Task Force Officer with Winnebago County Sheriff's Office, acting in an undercover capacity (OCE), has joined multiple KiK groups dedicated to the trading of child pornography. On January 16, 2020, the OCE began a proactive undercover investigation utilizing KiK messenger. The OCE entered multiple public groups that appeared to be created for individuals interested in child sexual abuse material. The OCE was originally added to one of these groups, and from that group, the OCE was added to multiple other private groups within KiK that had members openly engaging in the distribution of child sexual abuse material.

10. While the OCE was in the group relevant to this investigation (the Group), user rylknight was identified as a member of the Group. The Group had been established as a child sexual abuse material sharing group on KiK Messenger. Within the Group, user rylknight received multiple images and videos of child sexual abuse material. Additionally, user rylknight sent a video of child sexual abuse material to the Group. That video depicted a nude prepubescent female who was approximately 6 to 9 years old and lying down with her vagina exposed. The words "FUCK ME" with an arrow pointing to her exposed vagina was written on her stomach. An adult male could be seen forcing his erect penis into her vagina. This video was sent on January 22, 2020, at approximately 7:09 p.m.

11. On January 31, 2020, an administrative subpoena was served to KiK for subscriber information associated to the username rylknight. On January 31, 2020, KiK provided the following information:

First Name: cheater
Last Name: Cheater
Email: rylknight93@gmail.com
Username: rylknight
Registration Timestamp: 10 July 2019 19:40 UTC

12. The majority of connections between January 10, 2020 and January 30, 2020 occurred from IP address 184.89.106.117, which resolves to

Charter. Additional mobile connections occurred from AT&T Wireless IP addresses.

13. On April 27, 2020, an administrative subpoena and non-disclosure order was served to Google for subscriber information associated to rylknight93@gmail.com. On April 28, 2020, Google provided the following information:

> Name: Jeff Heck (HECK)
> Email: rylknight93@gmail.com
> Created On: 10 July 2019 19:38UTC
> Terms of Service IP: 107.77.233.94
> Recovery SMS: XXX-XXX-2591

The majority of the IP logins occurred from IP addresses resolving to Charter, including one connection on January 23, 2020, from IP address 184.89.106.117, which also appears in the KiK administrative subpoena return. Additional mobile connections occurred from AT&T Wireless IP addresses.

14. On April 29, 2020, an administrative subpoena was served to AT&T for subscriber information associated to XXX-XXX-2591. On April 30, 2020, AT&T provided the following information:

> Financially Liable Party: T.H.
> Billing Address: XXXX Cambridge Drive, Mims, Florida 32754
> User Name: Jeff Heck
> User Address: XXXX Mount Sterling Avenue, Titusville, Florida 32780

IMSI: 310410018807031

15. On April 30, 2020, an administrative subpoena was served to Charter for subscriber information associated to IP address 184.90.106.117 on January 10, 2020 at 03:42 UTC and January 30, 2020 at 01:53 UTC. On May 8, 2020, Charter provided the following information:

Subscriber Name: T.H.
Subscriber Address: XXXX Cambridge Drive, Mims, Florida 32754

16. A search of open source revealed a Facebook page for JEFF HECK (facebook.com/royalknight90), which showed that HECK lives in Titusville, Florida. The Facebook page features pictures of two young minor females. A review of HECK'S page revealed an association to B.H. A review of B.H.'s Facebook page revealed that B.H. recently married HECK and that they have two daughters, born in 2018 and 2019.

17. When FBI agents surveilled XXXX Cambridge Drive, Mims, Florida, they discovered that HECK had moved to South Carolina in March 2020.

18. On June 23, 2020, an FBI OCE in Orlando, Florida chatted with HECK on KiK. During the conversation, HECK asked the OCE who the OCE was. The OCE responded, "You were in a room I used to be in lol." HECK responded, "OK what room?" The OCE responded with reference to

the Group, and told HECK that he was looking for new stuff. HECK responded, "I have a couple things. I don't do much with girls under 12 now."

19. On June 25, 2020, the FBI sent an administrative subpoena requesting the subscriber and IP address logins for KiK user rylknight from May 30, 2020 to June 29, 2020. On June 29, 2020, KiK responded with several IP logins from IP addresses assigned to AT&T Wireless and Windstream LLC.

20. On July 6, 2020, the FBI sent an administrative subpoena to Windstream Services LLC for IP address 71.20.66.226. On July 6, 2020, Windstream responded to the administrative subpoena identifying the subscriber of the IP as:

> Subscriber Name: S.B.
> Subscriber Address: XXXX Old State Road, Saint Matthews, SC 29135

21. On July 13, 2020, at approximately 5:30 p.m., Sergeant (Sgt.) Eric Sox of the Calhoun County Sheriff's Office and FBI SA Brandon Lackey responded to XXXX Old State Road, Saint Matthews, South Carolina to determine if HECK was currently residing in the residence. Sgt. Sox and SA Lackey contacted the homeowner, S.B., under the ruse of a stolen vehicle being recovered near the rear of his property. Sgt. Sox approached the occupants as potential witnesses, not subjects. Sgt. Sox had, in fact, recovered

a stolen vehicle on July 13, but it was located several miles away from the residence. S.B.'s sister, P.B., exited the home shortly after Sgt. Sox and SA Lackey contacted S.B.

22.     Through casual and friendly conversation on the front porch, S.B. stated that he bought the home last year and P.B. and her family moved in after relocating from Florida. P.B. confirmed that her husband and children also live in the home. Additionally, P.B. has three children, ages 13, 17, and 25.

23.     Sgt. Sox and SA Lackey then asked if anyone else was residing in the home who may have witnessed the stolen vehicle near their property. P.B. stated her daughter (B.H.) and HECK also lived at the residence. P.B. said B.H. and HECK were home, but were likely sleeping upstairs with their two children (who were ages 1 and 2).

24.     P.B. entered the home to see if B.H. and HECK were awake. SA Lackey questioned S.B. about how long HECK had resided in the home. S.B. stated that HECK moved in February 2020.

25.     Based on the foregoing information, the FBI obtained a search warrant to search XXXX Old State Road, Saint Matthews, South Carolina 29135, on July 24, 2020. On July 30, 2020, FBI agents executed that search warrant.

**INTERVIEW OF B.H.**

26. When law enforcement executed the search warrant, they learned HECK had started a new job and was at work. SA Lackey interviewed HECK'S wife, B.H. During the interview, B.H. stated she was concerned about HECK's online activity. B.H. explained that HECK was very secretive about his about his cellular phone and had struggled with pornography addiction in the past. SA Lackey asked B.H. if the KiK application was on HECK's cellular telephone. B.H. stated that HECK had KiK on his cellular telephone and confronted HECK about images of HECK she had located within the application. HECK told B.H. his KiK account had got hacked several months ago. B.H. stated HECK does not have any other devices that access the internet except for his cellular phone. B.H. indicated HECK commonly signed up on applications with usernames such as "rylknight" and "royalknight". These usernames usually contained the number "93" because it was the year HECK was born.

**INTERVIEW OF HECK**

27. Later that day HECK returned home from work and was contacted by SA Lackey as he parked his vehicle in the driveway of his residence. The interview was recorded and prior to the interview HECK was provided his *Miranda* rights. HECK acknowledged his *Miranda* rights and agreed to speak with SA Lackey. During the interview, SA Lackey told

HECK that he was being investigated because of an online tip, which reported that HECK was in possession of child pornography. HECK admitted to having the KiK application on his cellular telephone approximately one month ago. HECK identified his most recent KiK username as "rylknight". HECK stated that he deleted KiK off his cellular telephone approximately one month ago. HECK acknowledged people traded and distributed child pornography on KiK. HECK stated that he has reported people on KiK for child pornography and believed his account may have been reported for child pornography because another user had gotten mad at him.

28. During the interview, SA Lackey asked HECK if he could search HECK'S Apple iPhone 8 Plus. HECK refused because the cellular telephone contained naked pictures of his wife. HECK told SA Lackey that he had never possessed or shared images of underage children, except for an incident that occurred more than 5 years ago. HECK stated that approximately 8 to 10 years ago, HECK possessed an image of a 16 or 17-year-old female that he distributed to his friend.

29. At the end of the interview, SA Lackey explained to HECK that he was going to seize HECK'S cellular telephone and that HECK would not be getting his phone back the same day. SA Lackey explained to HECK that if there was nothing illegal on his phone, providing his consent could speed up

the return of his cellphone. HECK then signed a consent to search form, consenting for the FBI to search his cellular telephone. HECK provided SA Lackey his password to the cellular telephone. SA Lackey explained to HECK that he was not interested in nude images of adults on the cellular telephone. In response, HECK stated that as far as he knew, the images of nude females on his device were adults.

**PREVIEW OF HECK'S CELLULAR TELEPHONE**

30. On July 30, 2020, SA Lackey conducted a preview search of HECK'S Apple iPhone 8 Plus, serial number DX3YL23RJCLQ. The search was based upon consent, which was granted by HECK shortly before the preview. SA Lackey discovered the following text message thread, which began on October 25, 2019 with phone number XXX-XXX-1728. The below only highlights pertinent messages and does not represent a word for word transcript of the communications.

**HECK:** "Hey, where in Florida are you?"

**XXX-XXX-1728:** "Tampa"

**HECK:** "I'm in Titusville. You up to anything fun today?"

**HECK and XXX-XXX-1728:** Discuss participation in a threesome.

**HECK:** "How do you look?"

**XXX-XXX-1728:** sent a photograph of a fully clothed young white female.


**HECK:** "Hey hun been a wile. Still sending out pics?"

The last communication from SUBJECT DEVICE to XXX-XXX-1728[1] occurred on June 19, 2020.

31. Based on the discovery, the iPhone 8 Plus was submitted to the Columbia Evidence Room. On August 4, 2020, the Columbia Evidence Room transferred the evidence to the Tampa Division Evidence Room who placed the item into evidence on August 5, 2020. On August 7, 2020, based on the foregoing information, the FBI obtained a warrant to search HECK's cellular telephone.

**FORENSIC REVIEW OF HECK'S CELLULAR TELEPHONE**

32. On August 10, 2020, I submitted a CART request to the Tampa Division CART program requesting CART to forensically copy the cellular telephone. On August 20, 2020, I conducted a forensic review of the copy of HECK'S iPhone 8.

33. During the review, I located approximately 116 images of Child Sexual Abuse Material (CSAM) and 1 video of CSAM. The 116 images of CSAM featured bondage and ranged in age from infants to teenage girls. The one video located was approximately 3 minutes and 9 seconds in length. The video featured a male child and a female child who are approximately 9-10

[1] Law enforcement has not yet independently determined the identity and/or age of the individual talking to HECK and whether or not the female in the photos was a minor.

years old. The children are clothed on a bed and during the video they undress. The two children are forced to engage in anal and vaginal sex on the bed.

34. Additionally, I located a thumbnail view of the CSAM video that HECK distributed to the OCE on January 22, 2020. Within the extraction report, I located a screen shot of a KiK page titled Midwest Slut Share. On the screen shot, I observed a KiK profile picture that had the word "You" under it. The KiK profile was the same profile picture as the picture of the KiK account that distributed the CSAM to the OCE on January 22, 2020.

35. In the extraction report, I located captions of the KiK and MEGA application emblems showing HECK had these applications installed on his cellular telephone. I also located an e-mail address associated with HECK that was identified as rylknight93@gmail.com which was the e-mail used to subscribe to the KiK account that distributed CSAM to the OCE. Additionally, I also located an image of HECK'S Florida driver's license within the images located on the cellular telephone.

**CONCLUSION**

36. Based on the above, there is probable cause that on or about January 22, 2020, in Brevard County, Florida, in the Middle District of Florida, JEFFREY STEPHEN HECK, JR., knowingly distributed child

pornography using a means and facility of interstate commerce, in violation of 18 U.S.C. § 2252A(a)(2).

Kevin L. Kaufman
Special Agent
Federal Bureau of Investigation

Affidavit submitted by email and attested to me as true and accurate via video teleconference consistent with Fed. R. Crim. P. 4.1 and 4(d) before me this November 2, 2020.

THOMAS B. SMITH
United States Magistrate Judge